**PROOF OF SERVICE BY MAIL**

**FILED**

STATE OF CALIFORNIA

COUNTY OF Imperial, Centinela State Prison

JUN 2 0 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, Kevin A. MacGregor, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below:

On June 17, 2008, I served the following documents:
[Must be within 60 Days of Judgment]

Pages: 4, 19 & 20. To Petition of Writ for Habeas Corpus No. CV 08 2593 WHA (PA); with a 2-page letter To Court.

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system Imperial, California, addressed as follows::

CLERK OF THE COURT

U.S. District Court - No Dist
[County of]

OF CA, 450 Golden Gate Ave, 16th Flr.
[Address]

San Francisco, CA 94102
[City, State, Zip Code]

Attorney General of California
[County of]

455 Golden Gate Ave, Ste 11000
[Address]

San Francisco, CA 94102-3664
[City, State, Zip Code]

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of Imperial, California on June 17, 2008.
[Must be within 60 Days of Judgment]

Kevin Anthony MacGregor
[Full Name Typed or Printed - Signature Above]

V-94008 / C-2, 140u
[CDC Number / Housing Location]

Centinela State Prison
P.O. Box 921
Imperial, CA 92251

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.